Order issued November 9, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01500-CV

### IN RE HEIDI AMOS, Relator

**Original Proceeding from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA10-68776-F**

## ORDER

Before Justices Moseley, FitzGerald, and Myers

Before the Court is relator's request for emergency relief. We **GRANT** the request and **STAY** all further proceedings in the trial court. This stay shall remain in effect until further order of this Court.

Also before the Court is relator's petition for writ of mandamus and writ of prohibition. The Court requests that real party in interest and respondent file any responses by November 19, 2012.

JIM MOSELEY
PRESIDING JUSTICE